1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700




FILED
AUG 12 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            | 1:14-CV-01050---SKO
12 |                    Plaintiff,        | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM***
13 |           v.                         |
14 | APPROXIMATELY $40,000.00 IN U.S. CURRENCY, |
15 |                    Defendant         |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on July 3, 2014, in the United States District Court for the Eastern District of California, alleging that defendant approximately $40,000.00 in U.S. currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6), for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Shawn Riley, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the

issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 8/11/14

GARY S. AUSTIN
United States Magistrate Judge