BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>APPROXIMATELY $40,000.00 IN U.S. CURRENCY,<br><br>                Defendant. | CASE NO. 1:14-CV-01050-‐-‐-‐SKO<br><br>**UNITED STATES' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, SCHEDULING CONFERENCE AND ORDER** |

       The United States of America formally requests this Court to continue the Case Management Conference, presently set for September 5, 2014, and the Scheduling Conference set for October 28, 2014, before the Honorable Sheila K. Oberto for 60 days based on the following:

       On or about August 13, 2014, Potential Claimant Ricardo Gutierrez received notice of the pending forfeiture action. Pursuant to Rule G, Claimant has 35 days from the date of notice to file his verified claim and 21 days from the filing of his verified claim in which to file an answer to the United States' complaint for forfeiture or file a motion to dismiss.

       The United States is requesting that the Court continue the Case Management Conference and Scheduling Conference to allow Claimant to file his responsive pleadings or motion. Further, the parties have discussed informal settlement. The United States therefore requests that the Case Management Conference be continued to November 5,

2014, at 10:30 a.m., and the Scheduling Conference be continued to December 29, 2014, at 9:30 a.m. in Courtroom 7, before the Honorable Sheila K. Oberto, United States Magistrate Judge.

Respectfully submitted,

Dated:  August 28, 2014                         BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:  /s/ JEFFREY A. SPIVAK
                                             JEFFREY A. SPIVAK
                                             Assistant United States Attorney

## ORDER

Pursuant to Plaintiff's request, IT IS HEREBY ORDERED that:

1. The Case Management Conference is CONTINUED to November 6, 2014, at 9:30 a.m. in Courtroom 7; and

2. The Scheduling Conference is CONTINUED to December 18, 2014, at 10:15 a.m. in Courtroom 7.

IT IS SO ORDERED.

   Dated:   **September 3, 2014**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

United States' Request to Continue Case
Management Conference, Scheduling
Conference, and Order Thereon

2