BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CV-01050-AWI-SKO |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $40,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action against approximately $40,000.00 in U.S. Currency (hereafter "Defendant Currency").

2. The Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 3, 2014, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On August 12, 2014, the Clerk issued a Warrant for Arrest for the Defendant Currency, which was duly executed.

4. Beginning on July 5, 2014, and continuing for at least 30 consecutive days, the

Final Judgment of Forfeiture           1

1  United States published notice of this action on the official government forfeiture site
2  www.forfeiture.gov.  A Declaration of Publication was filed with the Court on September
3  15, 2014.
4      5.  In addition to the public notice on the official internet government forfeiture site
5  www.forfeiture.gov , direct notice or attempted direct notice was given to the following
6  individuals:
7          a.       Ricardo Gutierrez
8          b.       Victor Johannes Elliot
9          c.       Wilo Nuñez, attorney
10      6.  To date, no other parties have filed claims or answers in this matter, and the time
11  in which any person or entity may file a claim and answer has expired.
12      7.  Potential Claimants Ricardo Gutierrez and Victor Johannes Elliot represent and
13  warrant that they are the sole owner of the Defendant Currency and that no other person
14  or entity has any legitimate claim of interest therein.  Should any person or entity
15  institute any kind of claim or action against the United States with regard to its forfeiture
16  of all or part of the Defendant Currency, Potential Claimants shall hold harmless and
17  indemnify the United States.
18      Based on the above findings, and the files and records of the Court, it is hereby
19  ORDERED AND ADJUDGED:
20      1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by
21  and between the parties to this action, and incorporates it by reference herein.
22      2.  That judgment is hereby entered against Potential Claimants Ricardo Gutierrez,
23  Victor Johannes Elliot, and all other potential claimants who have not filed claims in this
24  action.
25      3.  Upon full execution of this Stipulation and entry of the Final Judgment of
26  Forfeiture, $36,000.00 in U.S. Currency of the Defendant Currency, together with any
27  interest that may have accrued on the full amount of the Defendant  Currency, shall be
28

Final Judgment of Forfeiture         2

forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Within 60 days of entry of the Final Judgment of Forfeiture herein or 60 days after Claimant has provided the necessary electronic funds transfer paperwork—whichever is later, $4,000.00 of the Defendant Currency shall be returned to Potential Claimants via their counsel of record, Mr. Wilo Nuñez at 2675 Olive Street, Huntington Park, CA 90255.

5. That plaintiff United States of America and its servants, agents, and employees, and all other Public entities, their servants, agents, and employees, are released from any and all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Potential Claimants have waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about July 3, 2014, the Court finds that there was reasonable cause for the seizure and arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between the parties, no  party "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  All parties shall bear their own costs and attorney's fees.

///
///
///
///
///
///
///

Final Judgment of Forfeiture                3

8.  The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

**CERTIFICATE OF REASONABLE CAUSE**

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 3, 2014, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture.

IT IS SO ORDERED.

Dated:  November 25, 2014        _____
                                  SENIOR DISTRICT JUDGE